No. 98–1327. OYGARD ET VIR *v.* TOWN OF COVENTRY ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–1328. SMITH *v.* SCOTT ET AL. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 98–1336. BRANSON SCHOOL DISTRICT RE–82 ET AL. *v.* OWENS, GOVERNOR OF COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–1341. BLUM ET UX. *v.* STATE FARM FIRE & CASUALTY CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1343. MANTLE *v.* MANTLE. C. A. 9th Cir. Certiorari denied.

No. 98–1345. RASMUSSON ET AL. *v.* FROST ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–1350. DAVIS *v.* WACHOVIA MORTGAGE CO., FKA FIRST WACHOVIA MORTGAGE CO. C. A. 11th Cir. Certiorari denied.

No. 98–1351. CONRAD *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 98–1353. QUANDT *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 98–1357. REEVES *v.* TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 98–1358. DAVENPORT *v.* COMMUNITY CORRECTIONS OF THE PIKES PEAK REGION, INC. Sup. Ct. Colo. Certiorari denied.

No. 98–1387. CATON *v.* TRUDEAU. C. A. 5th Cir. Certiorari denied.

No. 98–1388. FRATELLO *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.